IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| AMERICAN POWER, LLC | : | CASE NO. 3:22cv312 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| BISHKEK STAMPING PLANT, SE, et al. | : | |
| Defendants. | : | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Certificate of Judgement filed; no further action needed.